# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150791-5

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

ERIC F. MILLER,
      Defendant-Appellee.

SC: 150791
COA: 323544
Wayne CC: 14-003946-FH

_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

JOHN A. JONES,
      Defendant-Appellee.

SC: 150792
COA: 323545
Wayne CC: 14-003946-FH

_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

ROBERT A. WATSON,
      Defendant-Appellee.

SC: 150793
COA: 323546
Wayne CC: 14-003946-FH

_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

SC: 150794
COA: 323547
Wayne CC: 14-003946-FH

MORENO TAYLOR,
        Defendant-Appellee.

_____/

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

                                                    SC: 150795
                                                    COA: 323548

KENNETH RUSS,
                                                    Wayne CC: 14-004836-FH
        Defendant-Appellee.

_____/

       On order of the Court, the application for leave to appeal the November 14, 2014 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2015



Clerk

t0513